UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GLADISSE THEODORE,

    Plaintiff,

v.                                Case No. 3:03-cv-1091-J99-MCR

**DELTA HEALTH GROUP, INC.**
d/b/a Flagler Pines Nursing Home
d/b/a Flagler Pines,

    **Defendant.**
_____/

## ORDER

Before the Court is Plaintiff's Notice of Settlement (Doc. No. 52, filed on May 12, 2005). Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE** unless within <u>thirty (30) days</u> the parties move to reopen the action and provided good cause is shown. All pending Motions are denied as moot, and the Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this _16_ day of May, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Stacey H. Allen, Esq.
Frederick C. Morello, Esq.
John M. Kvartek, Esq.